UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 16-02874 |
| | * | |
| VERSUS | * | Judge Nannette Jolivette Brown |
| | * | |
| A WORLD OF SMILES, LLC f/k/a | * | Magistrate Judge Sally Shushan |
| KIDS 2 ADULTS DENTAL LLC, | * | |
| BRIGETTE N. JONES McGEATHY, and | * | Section G(1) |
| NORMAN L. McGEATHY III | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff, Bank of America, N.A. ("**Bank of America**"), respectfully submits this Motion for Summary Judgment. As discussed in the accompanying memorandum in support, this is a straightforward collection suit in which Bank of America seeks to recover amounts due under a Project Finance Term Loan Agreement. In particular, Defendant, A World of Smiles, LLC f/k/a Kids 2 Adults Dental, LLC ("**Borrower**"), borrowed more than $600,000 from Bank of America to finance Borrower's dental practice. Defendants, Brigette N. Jones and Norman L. McGeathy III ("**Guarantors**"), personally guaranteed Borrower's obligations to Bank of America.

Borrower has defaulted under the terms of the Project Finance Term Loan Agreement, which prompted this litigation. Because there are no genuine issues of material fact and because Bank of America is entitled to summary judgment as a matter of law, the Court should grant Bank of America's motion for summary judgment.

1

WHEREFORE, Bank of America, N.A. prays that, pursuant to Federal Rule of Civil Procedure 56, this Court:

1. Grant summary judgment in favor of Bank of America, N.A. and against Defendants, A World of Smiles, LLC f/k/a Kids 2 Adults Dental, LLC, Brigette N. Jones, and Norman L. McGeathy III, jointly, severally and *in solido*, in the following amounts:

   a. Unpaid principal in the amount of $672,736.97;

   b. Accrued but unpaid interest in the amount of $29,809.29 as of May 31, 2016;

   c. Late Fees of $6,520.62; and

   d. Interest and late charges accruing after May 31, 2016, together with all costs, fees (including attorneys' fees), expenses and charges that have accrued as of, and continue to accrue after May 31, 2016, until all of the indebtedness of A World of Smiles, LLC f/k/a Kids 2 Adults Dental LLC, Brigette Jones, and Norman McGeathy III is paid to Bank of America, N.A. in full; and

2. Grant summary judgment in favor of Bank of America, N.A. recognizing the enforceability of the security interests created by the Loan Agreement executed by World of Smiles, LLC.

Respectfully submitted,

/s/ Gabriel A. Crowson
Gabriel A. Crowson, T.A. (#28009)
Mark R. Deethardt (#34511)
**McGlinchey Stafford, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Fax: (504) 596-2800

*Counsel for Plaintiff, Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served on all counsel of record, via the Court's CM/ECF system, this 2nd day of June, 2016.

/s/ Gabriel A. Crowson
Gabriel A. Crowson
