UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 16-02874 |
| | * | |
| VERSUS | * | Judge Nannette Jolivette Brown |
| | * | |
| A WORLD OF SMILES, LLC f/k/a | * | Magistrate Judge Sally Shushan |
| KIDS 2 ADULTS DENTAL LLC, | * | |
| BRIGETTE N. JONES McGEATHY, and | * | Section G(1) |
| NORMAN L. McGEATHY III | * | |
| | * | |
| Defendants. | * | |
| | * | |

*******************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, Bank of America, N.A. ("**Bank of America**"), submits for decision its Motion for Summary Judgment on June 22, 2016 at 10:00 a.m. before the Honorable Nannette Jolivette Brown, United States District Judge.

Respectfully submitted,

/s/ Gabriel A. Crowson
Gabriel A. Crowson, T.A. (#28009)
Mark R. Deethardt (#34511)
**McGlinchey Stafford, PLLC**
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Fax: (504) 596-2800

*Counsel for Plaintiff, Bank of America, N.A.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served on all counsel of record, via the Court's CM/ECF system, this 2nd day of June, 2016.

/s/ Gabriel A. Crowson
Gabriel A. Crowson
